UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kwame Tywan Robinson** **Docket No. 4:23-CR-49-1FL**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kwame Tywan Robinson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 6, 2024, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On June 25, 2025, the original Judgment and Commitment Order was amended to reflect 18 months imprisonment, with credit for time served.

Kwame Tywan Robinson was released from custody on May 21, 2026, at which time the term of supervised release commenced.

On October 1, 2026, the case was reassigned to the Honorable Louise W. Flanagan, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant possessed marijuana as evidenced by tests conducted on July 25, August 25, and September 24, 2026, which yielded positive results for THC. Laboratory confirmation reports verified the positive results. The undersigned probation officer verbally reprimanded the defendant for his continued drug use. The defendant accepted responsibility for his conduct and expressed a willingness to continue participation in substance abuse treatment services. The Probation Office will continue to monitor the defendant's recovery efforts, and supervision contacts will be increased. As a sanction for the violation conduct, it is respectfully recommended that the conditions of supervised release be amended to include a curfew with location monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: October 1, 2026

**ORDER OF THE COURT**

Considered and ordered this 21st day of October, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge